# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                    Case No. 4:12-cr-00306-1 KGB

TARIK SHAWN BOUHAMIDI                                                                       DEFENDANT

## ORDER

Before the Court is a motion to dismiss the forfeiture allegation as to Tarik Shawn Bouhamidi filed by the United States (Dkt. No. 805). Mr. Bouhamidi was charged with, among other things, a drug-trafficking offense. The second superseding indictment included a forfeiture allegation pursuant to 21 U.S.C. § 853, giving notice of the intent of the United States to seek at sentencing the forfeiture of all proceeds of Mr. Bouhamidi's drug-trafficking offense. The United States represents that it no longer intends to pursue a money judgment against Mr. Bouhamidi.

The Court grants the United States's motion to dismiss the forfeiture allegation as to Mr. Bouhamidi; the forfeiture allegation as to Mr. Bouhamidi is dismissed.

IT IS SO ORDERED this 13th day of November 2015.

                                                          Kristine G. Baker
                                                          United States District Judge